STATE OF MONTANA, Plaintiff, vs. WILLIAM S. TINDALL, Defendant.

## DECISION

No. ???

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on October 20, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except the last five (5) years of said sentence is hereby suspended upon the condition that defendant shall make restitution to the owner of the stolen vehicle in the amount of one thousand five hundred dollars ($1500) in monthly payments within one (1) year after hs release from the prison. During the period of suspension defendant shall be under the supervision of Adult Probation and Parole and subject to their rules and regulations.

We wish to thank Robert Waller, of the Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.

---

STATE OF MONTANA, Plaintiff, vs. FRANK BROWN, Defendant.

## DECISION

No. 9835

The application of the above-named defendant for a review of the sentence of Ten (10) years on Count I and Five (5) years on Count II consecutively imposed on April 16, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed except said sentences shall run concurrently.

We wish to thank Michael G. Barer, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.